**AMERICAN GUARANTEE AND LIABILITY INSURANCE COMPANY, Plaintiff–Counter–Defendant–Appellee**

v.

**AMERISTAR CASINOS INC; et al, Defendants.**

**Ameristar Casinos Inc, Defendant–Counter–Claimant–Appellant.**

No. 04–60236.

United States Court of Appeals, Fifth Circuit.

Decided Feb. 9, 2005.

Edward Coleman Taylor, Daniel, Coker, Horton & Bell, Gulfport, MS, for Plaintiff–Counter Defendant–Appellee.

Charles Rayford Wilbanks, Jr., Jeffrey M. Williams, Wells, Moore, Simmons & Hubbard, Jackson, MS, for Defendant–Counter Claimant–Appellant.

Before GARWOOD, JONES, and PRADO, Circuit Judges.

PER CURIAM: *

After hearing oral argument and considering the parties' briefs and pertinent portions of the record, we affirm the district

* Pursuant to 5TH CIRCUIT RULE 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIRCUIT RULE 47.5.4.

court's grant of summary judgment in favor of American Guarantee.

AFFIRMED.